UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Civ. Action No. 04-11694-RGS |
| ) | |
| ANTHONY BYNUM ) | |

<u>GOVERNMENT'S MOTION TO EXTEND TIME FOR FILING</u>

The government hereby requests an extension of time within which the government must respond to the defendant's motion to set aside or correct sentence, pursuant to Title 28, United States Code, Section 2255. Pursuant to this Court's order of August 6, 2004, the government's response is due within 20 days of receipt of the order. As the Court's order was received at the United States Attorney's Office on August 9, 2004, the government's response is due on or before August 30, 2004.

The government is hereby requesting a two-week extension to September 13, 2004, to file its response.

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                    By:  <u>/s/ William H. Connolly</u>
                         William H. Connolly
                         Assistant U.S. Attorney

DATE:    August 24, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

       Anthony Bynum
       United States Penitentiary
       Post Office Box 26030
       Beaumont, Texas 77720-6030

This twenty-fourth day of August, 2004.

    /s/ William H. Connolly
    William H. Connolly
    Assistant U.S. Attorney