UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ANTHONY BYNUM

V.                                              CIVIL ACTION NO. 04-11694-RGS

UNITED STATES OF AMERICA

# ORDER OF DISMISSAL

STEARNS, DJ.                                                        OCTOBER 27, 2004

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE ISSUED ON OCTOBER 25, 2004,

IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
Deputy Clerk