UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY BYNUM,

    Petitioner,

v.                      C.A. NO. 04-11694-RGS

UNITED STATES OF AMERICA,

    Respondent.


**MOTION FOR LEAVE TO SUBMIT
LATE NOTICE OF APPEAL**


    NOW COMES ANTHONY BYNUM, Petitioner in the above captioned matter, pro se, and hereby moves this Honorable Court for leave to submit a late noice of appeal in this matter under 28 U.S.C. s. 2255. He moves pursuant to 28 U.S.C. s. 2107(c) and Fed. R. App. P. 4.

    As reason therefore, Petitioner respectfully submits that he was not provided a copy of the Court's October 27, 2005, order of dismissal until earlier this month, as Bureau of Prisons officials transferred him through several facilities at the time of the Court's order, nor did his attempt to notify the Court of Petitioner's change of address reach the Court. An affidavit as to these events is annexed hereto, and incorporated by

be arriving at his new destination, FCI Otisville, New York, shortly thereafter. Whether that letter ever reached the Court is not reflected in the record.

4. In the ensuing months, Petitioner did not travel directly to FCI Otisville; instead, over the course of nearly three months, Petitioner was housed at various "holdover" institutions, including those in Oklahoma City, Oklahoma, and Atlanta, Georgia. At such institutions, prisoners have no access to incoming mail, nor is mail forwarded to them.

5. Finally, on or about October 20, 2004, Petitioner arrived at FCI Otisville. With the belief that any correspondence from the Court would be awaiting him there, or would have been forwarded to him if sent to USP Beaumont, Petitioner presumed that no action had been taken in this matter.

6. According to court records, Judge Stearns issued an order of dismissal in this matter on October 27, 2004. Petitioner was not made aware of this event until January, 2005.

7. In January, 2005, Petitioner, not aware that this case had been dismissed, submitted to the Court a proposed amendment of his s. 2255 motion. That amendment was not filed by the Clerk, who instead mailed to Petitioner a copy of the current docket entries. While

this mailing included a copy of the Court's October, 2004 dismissal order, nowhere in the record was Petitioner's change of address noted.

8. Petitioner recognizes that the usual time for submitting a notice of appeal in such matters is limited to 60 days from the date of dismissal. However, he respectfully requests that the Court exercise its discretion under 28 U.S.C. s. 2107(c), and permit Petitioner to submit a late notice of appeal.

9. Should the Court permit Petitioner to submit a notice of appeal in this matter, Petitioner would thereafter submit an application for a certificate of appealability in this case.

SIGNED UNDER PAIN OF PERJURY, PURSUANT TO 28 U.S.C. s. 1746, THIS 25th DAY OF FEBRUARY, 2005.

_____
ANTHONY BYNUM, pro se
Reg. No. 24294-038
FCI Otisville, Box 1000
Otisville, New York 10963

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ANTHONY BYNUM,

    Petitioner,

v.                        C.A. No. 04-11694-RGS

UNITED STATES OF AMERICA,

    Respondent.

### CERTIFICATE OF SERVICE

ANTHONY BYNUM hereby certifies that he has caused to served a true copy of the foregoing upon Mr. William H. Connolly, AUSA, Office of the U.S. Attorney, 9200 Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, via first class mail on this 25th day of February, 2005.

                                            ANTHONY BYNUM

reference herein.

WHEREFORE, for the foregoing reasons, Petitioner respectfully submits that this Honorable Court would do substantial justice to ALLOW his motion for leave to submit a late notice of appeal in this action.

                        RESPECTFULLY SUBMITTED:

                        ANTHONY BYNUM, pro se
                        Reg. No. 24294-038
                        FCI Otisville, Box 1000
                        Otisville, New York 10963

Dated this 25th day of February, 2005.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ANTHONY BYNUM,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

**AFFIDAVIT OF ANTHONY BYNUM**

ANTHONY BYNUM, being duly sworn according to law, does hereby say and affirm:

1. That he is the Petitioner in the above-captioned matter, which involves a motion under 28 U.S.C. s. 2255.

2. Petitioner's motion is listed in court records as being filed on July 29, 2004. Petitioner states that he mailed his mailed his motion to the Court on or about July 24, 2004; at that time, Petitioner was confined at USP Beaumont, Texas.

3. On or about July 27, 2004, while Petitioner's motion was in the mail to the Court, Petitioner was abruptly removed from USP Beaumont for transfer to a lower security facility. On the evening before his transfer, Petitioner placed in the mailbox of his housing unit at USP Beaumont a letter addressed to the Court, explaining that he was being transferred and would