# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11694

United States of America

v.

Anthony Bynum

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/31/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/6/05

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

m lei - Docket Report
Case 1:04-cv-11694-RGS   Document 9   Filed 06/06/2005   Page 2 of 4
Page 1 of 3

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-11694-RGS

Bynum v. United States of America
Assigned to: Judge Richard G. Stearns
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 07/29/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Anthony Bynum**   represented by   **Anthony Bynum**
Reg. # 24294038
FCI Otisville
P.O. Box 1000
Otisville, NY 10963
PRO SE

V.

**Defendant**

**United States of America**   represented by   **William H. Connolly**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3174
Fax: 617-748-3954
Email: William.Connolly@usdoj.gov

*ATTORNEY TO BE*

*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Anthony Bynum. (Attachments: # 1) (Flaherty, Elaine) (Entered: 08/02/2004) |
| 07/29/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Flaherty, Elaine) (Entered: 08/02/2004) |
| 08/06/2004 | 2 | Judge Richard G. Stearns : ORDER entered SERVICE ORDER re 2255 Motion. Order ntered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order. Sent by certified mail no. Z422728049(Flaherty, Elaine) (Entered: 08/11/2004) |
| 08/24/2004 | 3 | MOTION for Extension of Time to September 13, 2004 to File Response/Reply as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by United States of America.(Connolly, William) (Entered: 08/24/2004) |
| 08/25/2004 |  | Judge Richard G. Stearns : endorsed ORDER entered granting 3 Motion for Extension of Time to File Response/Reply re 3 MOTION for Extension of Time to September 13, 2004 to File Response/Reply as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) Responses due by 9/13/2004 (Flaherty, Elaine) (Entered: 08/25/2004) |
| 09/13/2004 | 4 | RESPONSE to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by United States of America. (Connolly, William) (Entered: 09/13/2004) |
| 10/25/2004 | 5 | Judge Richard G. Stearns : MEMORANDUM AND |

|  |  | ORDER on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, ENTERED. "...petition dismissed."(Flaherty, Elaine) (Entered: 10/25/2004) |
| --- | --- | --- |
| 10/25/2004 |  | Civil Case Terminated. (Flaherty, Elaine) (Entered: 10/25/2004) |
| 10/27/2004 | 6 | Judge Richard G. Stearns : ORDER OF DISMISSAL entered.(Johnson, Mary) (Entered: 10/27/2004) |
| 04/25/2005 | 7 | MOTION for Extension of Time to file late notice of appeal by Anthony Bynum.(Flaherty, Elaine) (Entered: 04/27/2005) |
| 05/12/2005 |  | Judge Richard G. Stearns : Electronic ORDER entered granting 7 Motion for Extension of Time (Flaherty, Elaine) (Entered: 05/16/2005) |
| 05/31/2005 | 8 | NOTICE OF APPEAL as to Order on Motion for Extension of Time by Anthony Bynum. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/20/2005. (Flaherty, Elaine) (Entered: 06/01/2005) |