# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 05-1840
DC No. 04-11694

ANTHONY BYNUM,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

**ORDER OF COURT**
**Entered: June 29, 2005**

  Appellant has filed an application to proceed without prepayment of fees and affidavit in this court with prison trust account information, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

  By the Court:

  Richard Cushing Donovan, Clerk

  By: _[signature]_
    Operations Manager

Certified Copies to the Honorable R. Stearns, Sarah A. Thornton, Clerk USDC
[cc: Anthony Bynum, William Connolly, AUSA, Dina Michael Chaitowitz, AUSA]

*Filed in Clerk's Office, US Court of Appeals, 2005 JUN 29 P 2:32*