# United States District Court

_____ DISTRICT OF _____

ANTHONY BYNUM
        Plaintiff

V.

UNITED STATES OF AMERICA
        Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

2005 JUN 21 P 2:21
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

CASE NUMBER: 05-1840

I, __ANTONY BYNUM,_____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [X] Yes    [ ] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __Federal Corr. Institution Otisville__

   Are you employed at the institution? __Yes__ Do you receive any payment from the institution? __Yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [X] Yes    [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. I am working at this Institution in the recreation department, I earn approximately anywhere from $ 9.00 to $ 16.00 per month. The Director of the recreation Department whom I work for is Mr. Nestreck.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [X] | [ ] |
   | f. | Any other sources | [ ] | [X] |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive

AO 240 (Rev. 9/96) (Reverse)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.   (In response to part 3. ¶-e. I may receive a gift of support from my family, however, it is impossible to state when or even an amount they would send, simply because they send their gift or support when it is possible and available for them to do so.).

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   N/A

I declare under penalty of perjury that the above information is true and correct.

_____June 23, 2005_____   _____[signature]_____
DATE                                                    SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __$1.69__ on account to his/her credit at (name of institution) __FCI Otisville, Otisville, NY__. I further certify that the applicant has the following securities to his/her credit: __—0—__

_____. I further certify that during the past six months the applicant's average balance was $ __$18.79   Daily Balance__

___6/17/05___   ___D. [signature] Counselor___
DATE                                SIGNATURE OF AUTHORIZED OFFICER

## All Transactions

🖶 PRINT

| | | |
|---|---|---|
| Inmate Reg #: | 24294038 | Current Institution: Otisville FCI |
| Inmate Name: | BYNUM, ANTHONY | Housing Unit: G-A |
| Report Date: | 06/17/2005 | Living Quarters: G01-110U |
| Report Time: | 3:16:01 PM | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 5/4/2005 10:40:47 AM | AMService | ITS Withdrawal | ($2.00) | ITS0604 | | $1.69 |
| 5/3/2005 2:07:23 AM | AMSERVICE | Photo Copies | ($1.35) | 5OTVD043 | | $3.69 |
| 5/3/2005 2:07:23 AM | AMSERVICE | Debt Encumbrance - Released | $1.31 | 5OTVD043 - 483 | | |
| 5/3/2005 2:07:23 AM | AMSERVICE | Debt Encumbrance - Released | $0.04 | 5OTVD043 - 482 | | |
| 5/2/2005 5:30:07 PM | AMService | ITS Withdrawal | ($1.00) | ITS0602 | | $5.04 |
| 5/2/2005 11:42:37 AM | OTV2002 | FRP Quarterly Pymt | $0.00 | 002067 | | $6.04 |
| 5/2/2005 8:38:35 AM | OTV2002 | Debt Encumbrance | ($1.31) | 5OTVD043 - 483 | | |
| 5/2/2005 8:38:35 AM | OTV2002 | Payroll - IPP | $6.00 | 5JV108 | | $6.04 |
| 6/1/2005 9:40:49 AM | OTV7205 | Debt Encumbrance | ($0.04) | 5OTVD043 - 482 | | |
| 5/4/2005 5:38:30 PM | OTV7511 | Sales | ($8.70) | 182 | | $0.04 |
| 5/3/2005 5:58:55 PM | OTV3900 | Sales | ($2.22) | 174 | | $8.74 |
| 5/2/2005 8:41:18 AM | OTV3800 | Payroll - IPP | $10.80 | 5JV097 | | $10.96 |
| 4/27/2005 12:07:06 PM | OTV7511 | Sales | ($82.15) | 49 | | $0.16 |
| 4/20/2005 5:38:33 PM | OTV3200 | Sales | ($1.29) | 21 | | $82.31 |
| 4/17/2005 6:23:39 PM | AMService | ITS Withdrawal | ($3.00) | ITS0417 | | $83.60 |
| 4/4/2005 8:38:26 AM | OTV2002 | Payroll - IPP | $15.60 | 5JV086 | | $86.60 |
| 4/1/2005 6:46:04 PM | AMService | ITS Withdrawal | ($3.00) | ITS0401 | | $71.00 |
| 3/28/2005 5:49:41 AM | AMSERVICE | Lockbox - CD | $55.00 | 70129203 | | $74.00 |
| 3/15/2005 12:09:13 PM | OTV7511 | Sales | ($19.05) | 21 | | $19.00 |
| 3/13/2005 1:50:12 PM | AMService | ITS Withdrawal | ($3.00) | ITS0313 | | $38.05 |
| 3/8/2005 4:36:19 PM | OTV3900 | Sales | ($6.80) | 80 | | $41.05 |
| 3/6/2005 12:21:03 PM | AMService | ITS Withdrawal | ($3.00) | ITS0306 | | $47.85 |
| 3/2/2005 8:26:52 PM | AMService | ITS Withdrawal | ($3.00) | ITS0302 | | $50.85 |
| 3/2/2005 10:34:06 AM | OTV2002 | FRP Quarterly Pymt | ($25.00) | 002040 | | $53.85 |
| 3/2/2005 9:00:17 AM | OTV2002 | Payroll - IPP | $32.80 | 5JV075 | | $78.85 |
| 3/1/2005 10:42:28 PM | AMService | ITS Withdrawal | ($4.00) | ITS0301 | | $46.05 |
| 3/1/2005 6:01:37 AM | AMSERVICE | Lockbox - CD | $50.00 | 70127301 | | $50.05 |
| 12/21/2004 5:31:14 PM | OTV3400 | Sales | ($25.80) | 89 | | $0.05 |
| 12/20/2004 3:49:12 PM | OTV3800 | Local Collections | $25.00 | 4303 | | $25.85 |
| 11/30/2004 5:24:39 PM | OTV3400 | Sales | ($5.35) | 74 | | $0.85 |
| 11/24/2004 6:04:21 PM | OTV3900 | Sales | ($14.45) | 70 | | $6.20 |
| 11/24/2004 2:07:07 PM | OTV3800 | Local Collections | $20.00 | 2753 | | $20.65 |
| 10/21/2004 7:23:17 PM | AMService | ITS Withdrawal | ($3.00) | ITS1021 | | $0.65 |
| 10/21/2004 5:47:04 PM | OTV3400 | Sales | ($7.80) | 78 | | $3.65 |
| 10/21/2004 3:36:29 AM | SENTRY | Transfer - In from TRUFACS | $11.45 | TX102104 | | $11.45 |

# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 24294038 | Current Institution: | Otisville FCI |
| Inmate Name: | BYNUM, ANTHONY | Housing Unit: | G-A |
| Report Date: | 06/17/2005 | Living Quarters: | G01-110U |
| Report Time: | 3:15:51 PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2045 |
| FRP Participation Status: | Participating |
| Arrived From: | ATL |
| Transferred To: | |
| Account Creation Date: | 9/10/2003 |
| Local Account Activation Date: | 10/21/2004 3:36:29 AM |
| Sort Codes: | |
| Last Account Update: | 6/13/2005 2:08:30 AM |
| Account Status: | Active |
| ITS Balance: | $0.14 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $1.69 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $1.69 |
| National 6 Months Deposits: | $195.20 |
| National 6 Months Withdrawals: | $194.36 |
| National 6 Months Avg Daily Balance: | $18.79 |
| Local Max. Balance - Prev. 30 Days: | $6.04 |
| Average Balance - Prev. 30 Days: | $1.08 |

## Commissary History

## Purchases

Validation Period Purchases: $0.00
YTD Purchases: $173.61
Last Sales Date: 5/4/2005 5:38:30 PM

## SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

## Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

# Commissary Restrictions

## Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

## Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

# Comments

**Comments:**

1/26/05 45 DAYS OF COMM RES PER UNIT TEAM
2/7/05 45 DAYS OF COMM RES PER DHO