UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11694-RGS

ANTHONY BYNUM

v.

UNITED STATES OF AMERICA

<u>ORDER</u>

September 7, 2005

STEARNS, D.J.

The government is directed to file a response to petitioner's application for a certificate of appealability within fourteen (14) days of the date of this Order.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE