```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Civ. Action No. 04-11694-RGS |
| ANTHONY BYNUM | ) ) ) | |

GOVERNMENT'S MOTION TO EXTEND TIME FOR FILING

The government hereby requests an extension of time within which the government must respond to the defendant's application for a certificate of appealability.  Pursuant to this Court's order of September 7, 2005, the government's response is due on or before September 21, 2005.

The government is hereby requesting an extension to October 7, 2005 to file its response.  As grounds for this motion, the government states that AUSA William Connolly completed a week-long trial in the case of United States v. Trevis Catron, # 04-10108-MEL on Friday, September 16, 2005.  Due to the preparation and trial of the Catron case, AUSA Connolly has not had sufficient time to prepare the government's response.

```
                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ William H. Connolly
                              William H. Connolly
                              Assistant U.S. Attorney

DATE:     September 21, 2005
```

-1-

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>Anthony Bynum
>United States Penitentiary
>PO Box 1000
>Otisville, N.Y. 10963
>Prisoner # 24294038

This twenty first day of September , 2005.


>/s/ William H. Connolly
>William H. Connolly
>Assistant U.S. Attorney