UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11694- RGS

UNITED STATES OF AMERICA

v.

ANTHONY BYNUM

ORDER ON PETITIONER'S APPLICATION
FOR A CERTIFICATE OF APPEALABILITY

October 14, 2005

STEARNS, D.J.

The application is DENIED. In determining that petitioner's conviction for domestic assault and battery was a "crime of violence," the court looked no further than the charging document. The complaint alleged that petitioner "did assault and beat" the victim (his live-in girlfriend). See United States v. Santos, 363 F.3d 19, 23-24 (1st Cir. 2004). It would not appear that Shepard v. United States, ___ U.S. ___, 125 S. Ct. 1254 (2005), cited by petitioner, compels a different result. (If anything, Shepard would seem to reinforce the "categorical" approach of Taylor v. United States, 495 U.S. 475 (1990)). If the court is mistaken in this regard, it is of no effect in petitioner's case, as Shepard is not within the limited class of "watershed rules" that are to be applied retroactively. See Schriro v. Summerlin, ___ U.S. ___, 124 S. Ct. 2519, 2522-2523 (2004).

                    SO ORDERED.

                    /s/ Richard G. Stearns

                    _____
                    UNITED STATES DISTRICT JUDGE

Case 1:04-cv-11694-RGS    Document 17    Filed 10/14/2005    Page 2 of 2