# United States Court of Appeals
## For the First Circuit

No. 05-1840

ANTHONY BYNUM,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Selya, Circuit Judge,
Campbell, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: May 11, 2006

  According to petitioner's presentence investigation report (PSR), the criminal complaint stated that he "did assault and beat [the victim.]"  This language is sufficient to uphold a finding that the charged offense was a crime of violence and, hence, a predicate act for the purpose of sentencing appellant as a career offender, pursuant to U.S.S.G. § 4B1.1; see also United States v. Estevez, 419 F.3d 77, 82 (1st Cir. 2005).  Since petitioner has not challenged the accuracy of the PSR on this point, that is the end of the matter.

  The request for a certificate of appealability is denied and the appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 7/13/06

By: _____ **JULIE GREGG**
Operations Manager.

[cc: Anthony Bynum, William Connolly, AUSA,
Dina Michael Chaitowitz, AUSA]